
CHIJIOKE O. IKONTE, SBN 206203
cikonte@yahoo.com
LAW OFFICES OF AKUDINOBI & IKONTE
3435 WILSHIRE BLVD., SUITE 1520
LOS ANGELES, CA 90010
(213) 387 - 0869
(213) 387 - 0969 (fax)

MACAULEY EKPENISI, SBN296326
oceanbridgelaw@gmail.com
OCEANBRIDGE LAW FIRM
14401 Gilmore St., Suite 203
Van Nuys, CA 91401-6269
(818) 668-3359
(818) 561-3660 (fax

Attorneys for Plaintiff
Jihad Akil Hashim

Brian P. Walter, Bar No. 171429
bwalter@lcwlegal.com
Olga Y. Bryan, Bar No. 298969
obryan@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone: 310.981.2000
Facsimile: 310.337.0837

Attorneys for Defendant
KERN COUNTY HOSPITAL AUTHORITY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIHAD AKIL HASHIM,<br><br>        Plaintiff,<br><br>  vs.<br><br><br><br>KERN COUNTY HOSPITAL AUTHORITY,<br><br>(A California Public Entity), and DOES 1-50,<br><br>inclusive<br><br>        Defendants | Case No.: 1:21-cv-00773-JLT-CDB<br><br>Complaint Filed: December 16, 2020<br>FAC Filed: April 13, 2021<br><br>[~~PROPOSED~~] ORDER AND STIPULATION EXTENDING OPPOSITION AND REPLY DEADLINES RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |

Plaintiff JIHAD AKIL HASHIM ("Plaintiff") and Defendant KERN COUNTY HOSPITAL AUTHORITY ("Defendant"), by and through their counsel of record (collectively "Parties"), hereby state as follows:

WHEREAS, Defendant filed a motion for summary judgment on June 16, 2013 (ECF No. 32);

WHEREAS, Plaintiff's opposition to Defendant's summary judgment motion is due on June 30, 2023, and Defendant's reply is due not later than ten days after Plaintiff's opposition is filed (E.D. L.R. 230(*d*));

WHEREAS, the Parties have met and conferred and have agreed to a stipulation that extends the above deadlines;

NOW, THEREFORE, the Parties respectfully stipulate and agree, by and through their respective counsel of record, as follows:

### **STIPULATION**

IT IS HEREBY STIPULATED that Plaintiff's opposition to Defendant's motion for summary judgment, or a statement of non-opposition, is due on July 21, 2023.

IT IS FURTHER STIPULATED that Defendant's reply to Plaintiff's opposition to its motion for summary judgment is due on August 11, 2023.

Dated: June 28, 2023                                  Law Offices of Akudinobi & Ikonte

                                                                    By: /s/ Chijioke Ikonte_____
                                                                            Chijioke O. Ikonte

Dated: June 28, 2023                                  Oceanbridge Law Firm

                                                                    By: /s/ Macauley Ekpenisi_____
                                                                            Macauley Ekpenisi

                                                                    Attorneys for Plaintiff
                                                                    Jihad Akil Hashim

Dated: June __, 2023                                  Liebert, Cassidy Whitmore

By: /s/ Olga Bryan
Brian Walter
Olga Bryan
Attorneys for Defendant
Kern County Hospital Authority

**ORDER**

The above stipulation is APPROVED.

IT IS SO ORDERED.

Dated: **June 29, 2023**

UNITED STATES DISTRICT JUDGE