Brian P. Walter, Bar No. 171429
bwalter@lcwlegal.com
Olga Y. Bryan, Bar No. 298969
obryan@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:   310.981.2000
Facsimile:    310.337.0837

Attorneys for Defendant
KERN COUNTY HOSPITAL AUTHORITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JIHAD AKIL HASHIM,<br><br>         Plaintiff,<br><br>    v.<br><br>KERN COUNTY HOSPITAL AUTHORITY (a California Public Entity), and DOES 1 through 50, inclusive,<br><br>         Defendant. | Case No.: 1:21-cv-00773-JLT-CDB<br><br>Complaint Filed: December 16, 2020<br>FAC Filed: April 13, 2021<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE TRIAL DATES**<br><br>Trial Date:              December 5, 2023<br>Final Pretrial Conf.:  October 10, 2023<br>Discovery Cut-Off:   February 24, 2023 |

Plaintiff JIHAD AKIL HASHIM ("Plaintiff") and Defendant KERN COUNTY HOSPITAL AUTHORITY ("Defendant"), by and through their counsel of record (collectively "Parties"), hereby state as follows:

WHEREAS, on March 23, 2022, the Court issued a scheduling order in this matter setting the pre-trial conference for October 6, 2023 and the jury trial for December 5, 2023 (Dkt. 24);

WHEREAS, on June 9, 2023, the Court advised the Parties that it was unavailable for a jury trial on December 5, 2023 and directed the Parties to prepare a stipulation to continue trial to any Tuesday thereafter at 10:00 a.m.;

WHEREAS, on June 16, 2023, Defendant filed a motion for summary judgment on each of Plaintiff's claims in his operative complaint that Defendant scheduled for hearing on August 1, 2023 (Dkt. 32);

WHEREAS, this Court's ruling on Defendant's summary judgment motion will very likely impact the parties pre-trial preparation, including the extensive pre-trial documents that must be filed pursuant to Local Rule 281 in the weeks prior to the pre-trial conference;

WHEREAS, on June 26, 2023, the Court issued a minute order declining to calendar the hearing date on the summary judgment motion and advising the Parties that it is likely to be six or more months until Defendant's summary judgment motion will be resolved (Dkt. 33), resulting in Defendant's motion likely being decided months after the current Pre-Trial Conference date;

WHEREAS, continuing the pre-trial conference will allow the Parties sufficient time to prepare for trial and the pre-trial conference following a ruling on Defendant's summary judgment motion and avoid the parties having to incur the expense of pre-trial preparation that will likely be impacted by the Court's ruling;

WHEREAS, the Parties have met and conferred regarding a continued trial date and determined that all Parties are available for trial in late May or June 2024;

NOW, THEREFORE, the Parties respectfully stipulate and agree, by and through their respective counsel of record, as follows:

**STIPULATION**

IT IS HEREBY STIPULATED that the trial date that is currently set for December 5, 2023 at 8:30 a.m., is continued to **May 28, 2024 at 10:00 a.m.**, or to a later date convenient to the Court.

IT IS FURTHER STIPULATED that the pre-trial conference that is currently set for October 6, 2023 at 1:30 p.m. is continued to **April 2, 2024 at 1:30 p.m**.

Dated: August 1, 2023                                    Respectfully submitted,

                                                          LIEBERT CASSIDY WHITMORE

                                              By:    */s/ Brian P. Walter*
                                                          Brian P. Walter
                                                          Olga Y. Bryan
                                                          Attorneys for Defendant
                                                          KERN COUNTY HOSPITAL AUTHORITY

Dated: August 1, 2023                                Respectfully submitted,

                                                     AKUDINOBI & IKONTE

                                                     By:   */s/ Chijioke Obinnaya Ikonte*
                                                           Chijioke Obinnaya Ikonte
                                                           Attorneys for Plaintiff JIHAD AKIL HASHIM

## **ORDER**

Considering the above stipulation, the trial date, currently set for December 5, 2023 at 8:30 a.m., is continued to **May 29, 2024 at 8:30 a.m.**.

The pre-trial conference that is currently set for October 6, 2023 at 1:30 p.m. is continued to **April 1, 2024 at 1:30 p.m**.

IT IS SO ORDERED.

Dated:   **August 1, 2023**                          _____
                                                     UNITED STATES DISTRICT JUDGE

Liebert Cassidy Whitmore
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045